AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| EASYGROUP LTD,<br>a United Kingdom corporation<br><br>*Plaintiff(s)*<br>v.<br>ER TRAVEL, LLC, a<br>Florida Limited Liability Company,<br>PAUL HANLEY, an individual,<br>TIMOTHY KOEHLER, an individual,<br><br>*Defendant(s)* | Civil Action No. 24-CV-60638 SMITH |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  TIMOTHY KOEHLER
500 S.E. 6th Street
Suite 102A
Ft. Lauderdale, FL 33301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jorge Espinosa, Esq.
GrayRobinson, P.A.
333 S.E. 2nd Avenue
Suite 3200
Miami, FL 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Apr 19, 2024



Angela E. Noble
Clerk of Court

**SUMMONS**

s/ Patricia Curtis

Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| EASYGROUP LTD, a United Kingdom corporation<br><br>*Plaintiff(s)*<br>v.<br>ER TRAVEL, LLC, a Florida Limited Liability Company, PAUL HANLEY, an individual, TIMOTHY KOEHLER, an individual,<br><br>*Defendant(s)* | Civil Action No. 24-CV-60638 SMITH |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  PAUL HANLEY
1508 S.W. 28th Street
Ft. Lauderdale, FL 33315-2750

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jorge Espinosa, Esq.
GrayRobinson, P.A.
333 S.E. 2nd Avenue
Suite 3200
Miami, FL 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Apr 19, 2024



Angela E. Noble
Clerk of Court

**SUMMONS**

s/ Patricia Curtis

Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| EASYGROUP LTD,<br>a United Kingdom corporation<br><br>*Plaintiff(s)*<br>v.<br>ER TRAVEL, LLC, a<br>Florida Limited Liability Company,<br>PAUL HANLEY, an individual,<br>TIMOTHY KOEHLER, an individual,<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No.  24-CV-60638 SMITH |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  ER TRAVEL, LLC
100 SE 20th Street
Fort Lauderdale, FL 33316
c/o Exportaction, LLC
4600 140th Avenue N., Suite 180
Clearwater, FL 33762

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jorge Espinosa, Esq.
GrayRobinson, P.A.
333 S.E. 2nd Avenue
Suite 3200
Miami, FL 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Angela E. Noble
Clerk of Court

SUMMONS

Date:  Apr 19, 2024

s/ Patricia Curtis

Deputy Clerk
U.S. District Courts